```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE SWANN
    Assistant United States Attorney
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 554-2762
    Fax: (916) 554-2900
 5
 6  Attorneys for the United States of America
 7
                    UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA ex  )   2:08 - CV - 0427 LKK GGH
    rel. DONGWOO JOHN CHANG,     )
11  M.D.,                        )
                                 )   ORDER REGARDING UNITED STATES'
12         Plaintiffs,           )   NOTICE OF DECISION TO DECLINE
                                 )   INTERVENTION
13         v.                    )
                                 )
14  REGENTS OF THE UNIVERSITY OF )
    CALIFORNIA, U.C. DAVIS       )
15  HEALTH SYSTEM, U.C. DAVIS    )
    SCHOOL OF MEDICINE, JAN PAUL )
16  MUIZELAAR, MERCY HEALTH      )
    CARE OF SACRAMENTO, MERCY    )
17  HEALTH CARE OF SACRAMENTO    )
    doing business as MERCY SAN  )
18  JUAN HOSPITAL, SURGICAL      )
    AFFILIATES MEDICAL GROUP,    )
19  INC., A California           )
    Professional Corporation,    )
20  CATHOLIC HEALTHCARE WEST, A  )
    California Nonprofit Public  )
21  Benefit Corporation, as      )
    successor in interest to     )
22  MERCY HEALTH CARE OF         )
    SACRAMENTO, doing business   )
23  as MERCY SAN JUAN HOSPITAL,  )
    MERCY HEALTH CARE OF         )
24  SACRAMENTO, doing business   )
    as MERCY GENERAL HOSPITAL,   )
25                               )
           Defendants.           )
26  _____)
                                 )
27  ///

28  ///
```

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

///

///

1        7.  should the relator or the defendant propose that this
2   action be dismissed, settled, or otherwise discontinued, the
3   Court will provide the United States with notice and an
4   opportunity to be heard before ruling or granting its approval.
5        8. The status conference currently set for August 4, 2008,
6   is hereby CONTINUED to October 27, 2008 at 3:00 p.m.
7        IT IS SO ORDERED.

DATE: August 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT