EDMUND G. BROWN JR.
Attorney General for the State of California
DANE GILLETTE
Chief Assistant Attorney General
THOMAS R. YANGER
Senior Assistant Attorney General
BRIAN V. FRANKEL
Supervising Deputy Attorney General
THOMAS A. TEMMERMAN
Senior Assistant Attorney General (Retired)
State Bar No. 062986
  BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
  1425 River Park Drive, Suite 300
  Sacramento, CA 95815
  Telephone: (916) 274-2942
  Fax: (916) 274-2929
  Tom.Temmerman@doj.ca.gov
*Attorneys for the State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| [UNDER SEAL],<br><br>        Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>        Defendants. | CASE NO. 2:08-CV-0427 LKK GGH |

ORDER REGARDING STATE OF CALIFORNIA'S
NOTICE OF DECLINATION TO PROCEED

[LODGED **UNDER SEAL & CONFIDENTIAL** PURSUANT TO
THE CALIFORNIA FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]

1  EDMUND G. BROWN JR.
   Attorney General for the State of California
2  DANE GILLETTE
   Chief Assistant Attorney General
3  THOMAS R. YANGER
   Senior Assistant Attorney General
4  BRIAN V. FRANKEL
   Supervising Deputy Attorney General
5  THOMAS A. TEMMERMAN
   Senior Assistant Attorney General (Retired)
6  State Bar No. 062986
     BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
7    1425 River Park Drive, Suite 300
     Sacramento, CA 95815
8    Telephone: (916) 274-2942
     Fax: (916) 274-2929
9    Tom.Temmerman@doj.ca.gov
   *Attorneys for the State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DONGWOO JOHN CHANG, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, U.C. DAVIS HEALTH SYSTEM, U.C. DAVIS SCHOOL OF MEDICINE, JAN PAUL MUIZELAAR, MERCY HEALTH CARE OF SACRAMENTO, MERCY HEALTH CARE OF SACRAMENTO, doing business as MERCY SAN JUAN HOSPITAL, SURGICAL AFFILIATES MEDICAL GROUP, INC., a California professional corporation, CATHOLIC HEALTHCARE WEST, a California nonprofit public benefit corporation, as successor in interest to MERCY HEALTH CARE OF SACRAMENTO, doing business as MERCY SAN JUAN HOSPITAL, MERCY HEALTH CARE OF SACRAMENTO, doing business as MERCY GENERAL HOSPITAL,<br><br>Defendants. | CASE NO. 2:08-CV-0427 LKK GGH<br><br>**ORDER REGARDING STATE OF CALIFORNIA'S NOTICE OF DECLINATION TO PROCEED**<br><br>[LODGED UNDER SEAL & CONFIDENTIAL PURSUANT TO THE CALIFORNIA FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)] |

ORDER

The State of California ("California") having declined to intervene in this action pursuant to the California Government Code section 12652 (c)(6)(B), the Court rules as follows:

IT IS ORDERED that,

1. in accordance with the Order as requested in the United States' Notice of Decision to Decline Intervention, the complaint be unsealed and served upon the defendants by the relator;

2. in accordance with the Order as requested in the United States' Notice of Decision to Decline Intervention, all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for previously unsealed orders, this Order and California's Notice of Declination to Proceed, which the relator will serve upon the defendants only after service of the complaint;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon California, as provided for in California Government Code section 12652 (f)(1);

4. California may order any deposition transcripts;

5. California is entitled to intervene in this action at any time if the interest of California is not being adequately represented by the qui tam plaintiff;

6. all orders of this Court shall be sent to California; and

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 19th day of August, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CERTIFICATE OF SERVICE

I, Eileen Landon, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is 1425 River Park Drive, Suite 300, Sacramento, California 95815. I am familiar with the business practice at the Office of the Attorney General for collection and processing of mail with the United States Postal Service. In accordance with that practice, mail placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 6, 2008, I served the attached **[PROPOSED] ORDER REGARDING THE STATE OF CALIFORNIA'S NOTICE OF DECLINATION TO PROCEED** on each party and on the attorney of record (except on the defendant) by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1425 River Park Drive, Suite 300, Sacramento, California 95815, addressed as shown in the attached Service List.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2008, at Sacramento.

|  Eileen C. Landon  |  |
| --- | --- |
| Declarant | Signature |

<u>Chang v. Regents, et al. - Service List</u>

| | |
|---|---|
| Catherine J. Swann, AUSA<br>Office of the United States Attorney<br>Eastern District of California<br>501 I Street, 10th Floor<br>Sacramento, CA 95814<br>(Attorney for the USA) | Donald H. Heller, Esq.<br>A Law Corporation<br>655 University Avenue, Suite 215<br>Sacramento, CA 95825<br>(Attorney for the Relator) |