**DONALD H. HELLER, ESQ., SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Telephone:  (916) 974-3500**
**Facsimile:    (916) 927-2009**

Attorneys for *QUI TAM* Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, DONGWOO JOHN CHANG, M.D., <br><br>      Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,  UC DAVIS HEALTH SYSTEM,  UC DAVIS SCHOOL OF MEDICINE,  JAN PAUL MUIZELAAR, MERCY HEALTH CARE OF SACRAMENTO, MERCY HEALTH CARE OF SACRAMENTO doing business as MERCY SAN JUAN HOSPITAL, SURGICAL AFFILIATES MEDICAL GROUP, INC., A California Professional Corporation,  CATHOLIC HEALTHCARE WEST, A California Nonprofit Public Benefit Corporation, as successor in interest to MERCY HEALTH CARE OF SACRAMENTO, doing business as MERCY SAN JUAN HOSPITAL,  MERCY HEALTH CARE OF SACRAMENTO, doing business as MERCY GENERAL HOSPITAL,<br>      Defendants. | Case No:  2:08 - CV - 0427 LKK GGH<br><br><br><br><br>ORDER<br><br>DISMISSING OF ACTION PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE WITHOUT PREJUDICE |

-1-

**Proposed Order Dismissing Action Without Prejudice**

PDF created with pdfFactory trial version www.pdffactory.com

1  Relator Dongwoo John Chang, M.D., having filed with this Court a Request for
2  Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure of the above
3  action, a complaint filed pursuant to the Federal False Claims Act, 31 U.S.C. §§ 3729-3733
4  and the California False Claims Act, California Government Code § 12650, *et seq.*, to
5  recover damages and civil penalties  as to all defendants and The United States of America
6  through Assistant U.S. Attorney Catherine J. Swann and the State of California through
7  Senior Assistant Attorney General (Ret.) Thomas A. Temmerman having duly consented to
8  said dismissal without prejudice,

 Good Cause Appearing, it is hereby Ordered that this action be dismissed against all defendants without prejudice.

Dated: August 19, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

**Proposed Order Dismissing Action Without Prejudice**

PDF created with pdfFactory trial version www.pdffactory.com